

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00086-CR

Freddy **VILLANUEVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0284-CR
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Lisa Traslavina's Notification of Late Reporter's Record is hereby NOTED. The reporter's record is due on or before July 15, 2022. No further extensions of time will be allowed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court